CORRECTED - February 18, 2010

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1562, -1575, 2010-1010

SRI INTERNATIONAL INC.,

Plaintiff-Cross Appellant,

v.

INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation)
and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),

Defendants-Appellants,

and

SYMANTEC CORPORATION,

Defendant-Appellant.

Appeals from the United States District Court for the District of Delaware
in case no. 04-CV-1199, Judge Sue L. Robinson.

ON MOTION

ORDER

Internet Security Systems, Inc. et al. and Symantec move for a 14-day extension
of time, until March 17, 2010, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Frank E. Scherkenbach, Esq.
      Holmes J. Hawkins, III, Esq.
      Robert M. Galvin, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 8 2010

**JAN HORBALY**
**CLERK**

2009-1562, -1575, 2010-1010          2